

The City Of Suffolk Virginia Versus Joe Lee Fulgham

For Virginia Sexually Violent Predator's Act

Joe Lee Fulgham was arrested By A Suffolk Virginia Policeman on March 10, 2004 Illegally Because It Equaled False Arrest Because That Arrest Was For A Rape Revocation Hearing That Took Place on April 22, 2004 In Suffolk Circuit Court In Suffolk Virginia

That rape revocation hearing covered Joe Lee Fulgham was accused of broke probation rules 3, 4, 5, 6, 8 and for missed a drug class

In That rape revocation hearing the honorable Judge Westbrook J. Parker violated Joe Lee Fulgham probation for the rape conviction He said and



reinstated five years and three months for when there is no rape conviction on Joe Lee Fulgham criminal record, But Joe Lee Fulgham served that five years and three months sentence For that false arrest that the rape revocation hearing covered. The Court of Appeal In Richmond Virginia And Virginia Supreme Court Denied That Rape Revocation Hearing Appeal Even Though It represent A False Arrest Claim Officially That Joe Lee Fulgham want to press criminal charge(s) for today and Joe Lee Fulgham already put in a civil action



this Lawsuit for the cap both claims were wrongfully Denied. This Appeal Free Joe Lee Fulgham From All Legal Holds on Joe Lee Fulgham thru the rape revocation hearing that is mentioned in this Legal Letter officially please. Under Forma Payperis Because Joe Lee Fulgham own 2$ only. Signed Under Virginia Perjury Clause By Joe Lee Fulgham

Motion Please Add A Copy of This Letter with The Courts Reply Please And Thank You Very Much.
   Motion Confirm Officially Mr Mark Herring V. Joe Lee Fulgham Virginia Attorney Generals The last three Perjured themselves A Misdormeanor In Involuntarily Civil Committment Act Petition Virginia Versus Joe Lee Fulgham And Joe Lee Fulgham Wants to press that criminal charge against attorney General Mark Herring Officially Immediately Magistrate, Police Dept. under Virginia Perjury Clause signed By Joe Lee Fulgham

Amicus Curiae
By Friend of the Court
Mr. Stephen B. Plott

Motion Do The Right Things For

Dear Judge Carl Edward Eason Junior

Please Free Joe Lee Fulgham From Involuntarily Civil Committment Act Petition Trial Case Number CL07-751 In Suffolk Circuit Court In Suffolk Virginia Because The Honorable Judge Carl Edward Eason Junior Called Joe Lee Fulgham An Sexually Violent Predator When Joe Lee Fulgham Record Said Joe Lee Fulgham Was Not An Sexually Violent Predator, It Is What The Evidence Represented Officially For Involuntary Civil Committment Act Petition Case Number CL07-751 In Suffolk Circuit Court In Suffolk Virginia For That Trial Appeal Denial In Virginia Supreme Court too. Pay This Lawsuit to Joe Lee Fulgham for the cap

(4)



or for $10,000,000.00 signed under Forma Pauperis because I, Joe Lee Fulgham own 2 & only, signed under Virginia perjury Clause By Joe Lee Fulgham

The rape revocation hearing was in 2004,

Joe Lee Fulgham Involuntarily Civil Committment Act Petition trial wrongfully covered from 2007 Thru todays date

It Is Time For Virginia To Act Thru Proper Procedure And Thru Due Process Rights OF Virginia And Joe Lee Fulgham

Amicus Curiae Defense of Joe Lee Fulgham Court Appointed Lawyer Mr. Stephen B. Plott

The City Of Suffolk Virginia Versus Joe Lee Fulgham

Fraud In The Factum Generally Arises From A Disparity Between The Instrument Executed And The One Intended To Be Executed.

Defense, Appeal, Lawsuit of Joe Lee Fulgham For Involuntarily Civilly Commitment Act Petition Case number CL07-751 In Suffolk Circuit Court In Suffolk Virginia And for That Trial Appeal Denial In Virginia Supreme Court Too.



Appeal To Be Freed Thru

Lawsuit To Be Paid For

For The Cap Or For

One Million Dollars Judgment

Subject To Immediate Execution.

Signed By Joe Lee Fulgham Under

Forma Pauperis Because I, Joe Lee

Fulgham own 2¢ only. Signed Under

Virginia Perjury Clause By Joe Lee Fulgham