Amended Pleading Action Number 2:20 CV 637 Title
AMENDED COMPLAINT Due within 21 days
Misuse Of The Criminal System

Is Example of Cruel And Unusal Punishment

Constitutional Right Violation From Joe Lee

Fulgham 170034 Virginia Center For Behavioral

Rehabilitation Post Office Box 548 Burkeville

Virginia 23922 under Virginia's Perjury

Clause signed By Joe Lee Fulgham on

Sept. 16, 2021

The Action of The Commissioner should not be upset unless upon a fair and full review according to correct Principles of Law It Appears That The weight of The Evidence was Contrary To The Director Of Virginia Correctional Department Findings officially under Virginia Perjury clause signed By Joe Lee Fulgham For

→ (Equal False Arrest, Lawsuit Against The City of Suffolk Virginia For $10,000,000.00 under Virginia Perjury Clause signed By Joe Lee Fulgham )

(For Joe Lee Fulgham was arrested By A Suffolk Virginia Policeman On March 10, 2004 For Allegely Broke Probation rules 3,4,5,6,8 and for missed a drug class For A Probation Revocation Hearing For Rape On April 22, 2004 In Suffolk Circuit Court In Suffolk Virginia In That Trial The Honorable Judge Westbrook J. Parker violated Joe Lee Fulgham probation For Rape and reinstated five years And Three months for it when there is no rape conviction on Joe Lee Fulgham criminal record)

That Rape Revocation Hearing was appealed to Virginia Court Of Appeals And Appealed To Virginia Supreme Court The Appeals were Denied. The Rape

Page & Flows

Page Five

Revocation Hearing was illegal And Its five years and three months prison sentence was illegal also But Joe Lee Fulgham served its illegal sentence in full officially This Lawsuit For The Illegal Rape Revocation Hearing Illegal Sentence of Five Years And Three months Is For $10,000,000.00 Due To There Is no Rape Conviction On Joe Lee Fulgham Criminal Record officially Which made The Arrest For It Illegally Represented By A Suffolk Virginia Policeman False Arrest Lawsuit Against The City of Suffolk (Va) Under Virginia Perjury Clause Signed By Joe Lee Fulgham Virginia Court of Appeal And Virginia Supreme Court Already Wrongfully Denied Joe Lee Fulgham Rape Revocation Hearing Appeals Time Already served for it, nothing left But For To Be Paid For It. Judgments That Are Void maybe Attacked In Any Court Anytime on Proper Application Be Vacated At anytime, To Be Compensated For Wrongfully Prosecuted For A Felony Simply Establish The Claim Sued On=False Arrest The Basis of A Civil Action For Damages For The Cap or For $10,000,000.00 For This legal letter's Contents under Virginia Perjury Clause signed By Joe Lee Fulgham