UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JOE LEE FULGHAM,

        Plaintiff,

v.                                            ACTION NO. 2:20cv637

UNKNOWN,

        Defendant.

**ORDER**

Plaintiff, a civilly committed individual, filed this *pro se* action to redress alleged violations of Plaintiff's rights. *See* Compl., ECF No. 1; Am. Compl., ECF No. 11.

The Court has received a payment of $15.00 from Plaintiff. However, the Court has already granted Plaintiff leave to proceed *in forma pauperis*, *see* Order at 1, ECF No. 7, and thus no payment is necessary in this action. Plaintiff has one other case that is presently active before this Court, but the filing fee in that action has already been paid in full. *See Fulgham v. City of Suffolk*, No. 2:21cv658, ECF No. 13. Accordingly, the Clerk is **DIRECTED** to return Plaintiff's payment of $15.00 to Plaintiff.

The Clerk is further **DIRECTED** to please send a copy of this Order to Plaintiff Joe Lee Fulgham.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
February 10, 2022