**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6246

JOE LEE FULGHAM,

        Plaintiff - Appellant,

   v.

UNKNOWN,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:20-cv-00637-AWA-RJK)

Submitted: July 13, 2022                                   Decided: July 26, 2022

Before NIEMEYER, WYNN, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joe Lee Fulgham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

      Joe Lee Fulgham appeals the district court's order dismissing his civil action without prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fulgham v. Unknown*, No. 2:20-cv-00637-AWA-RJK (E.D. Va. Feb. 18, 2022). We deny Fulgham's motion to appoint/assign counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*